THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. Owens, Respondent, against GEORGE N. SCHMIEDEL, Assessor of the Town of Eastchester, et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. Owens, Respondent, against JERRY C. LEARY, both as Assessor and as Village Clerk of the Village of Bronxville, et al., Appellants.

Submitted May 18, 1943; decided June 18, 1943.

*Lester D. Stickles* for appellants.

*William W. Owens* for respondent.

Orders affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.